Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

**IN RE:**

CHRISTOPHER PROCTOR

**Debtor**

CASE: 20-24404

CHAPTER 13

Hon. JOEL T. MARKER

Confirmation Hearing: 10/6/20  10:00 am

**TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE**

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

   1. The Debtor filed a Chapter 13 petition for relief on July 21, 2020 and the First Meeting of Creditors under section 341 was held on August 28, 2020.

   2. Schedule A/B fails to accurately state the balance on hand as of the petition date in the financial account with prepaid card account.

   3. The Debtor(s) failed to produce at the 341 Meeting statements from their financial account(s) for the period that covers the petition date (see Fed. R. Bankr. P. 4002(b)(2)(B)). Need statement(s) for prepaid card account(s).

4. The Trustee requests the Debtor(s) file an affidavit of no filing requirement for 2019.

5. The plan was not served on all parties-in-interest as required by Fed R. Bankr. P. 2002(a) and 3015(d).

6. The Debtor(s) should establish the Notice of Adequate Protection Payments has been noticed correctly. Pursuant to LR 2083-1(d), the Equal Monthly Plan Payment shall constitute the Adequate Protection Payment unless notice is provided to all parties-in-interest.

7. The Trustee requests an update at Confirmation regarding whether the Debtor is paying rent and updated budget.

WHEREFORE, the Trustee objects to confirmation of the Debtor's plan. If the Debtor is unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: September 1, 2020　　　　　　　　　Katherine T. Kang
　　　　　　　　　　　　　　　　　　　　　Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on September 02, 2020:

CHRISTOPHER PROCTOR, 420 WEST 200 SOUTH, TOOELE, UT 84074

JUSTIN O. BURTON, ECF Notification

　　　　　　　　　　　　　　　　　　　　　/s/ Helen Doherty