Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

IN RE:                                                                CASE: 20-24404

CHRISTOPHER PROCTOR                                    CHAPTER 13

**Debtor**                                                          Hon. JOEL T. MARKER

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Restatement of Issues from Prior Objection(s):**

1. Schedule A/B fails to accurately state the balance on hand as of the petition date in the financial account with prepaid card account.

2. The Debtor failed to produce at the 341 Meeting statements from their financial accounts for the period that covers the petition date (see Fed. R. Bankr. P. 4002(b)(2)(B)).  Need statements for prepaid card accounts.

3. The Trustee requests the Debtor file an affidavit of no filing requirement for 2019.

4. The plan was not served on all parties-in-interest as required by Fed R. Bankr. P. 2002(a) and 3015(d).

5. The Trustee requests an update at Confirmation regarding whether the Debtor is paying rent and updated budget.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: September 21, 2020

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on September 21, 2020:

JUSTIN O. BURTON, ECF Notification

/s/ Sherrin Warner