Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

**IN RE:**    CASE: 20-24404

CHRISTOPHER PROCTOR    CHAPTER 13

**Debtor**    Hon. JOEL T. MARKER

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. Schedule A/B fails to fully disclose and value the following property of the estate:  the True Link pre-paid account.

2. The Trustee has received returned mail from the Debtor(s).  The Trustee requests the Debtor(s) review the address is on file with the Court and if appropriate, file a change of address.

**Restatement of Issues from Prior Objection(s):**

1.  The Trustee requests the Debtor file an affidavit of no filing requirement for 2019.

2. The Trustee requests an update at Confirmation regarding whether the Debtor is paying rent and updated budget.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: November 3, 2020              LAJ /S/
                                          LON A. JENKINS
                                          CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on November 03, 2020:

JUSTIN O. BURTON, ECF Notification

                                                                                    /s/ Sherrin Warner