# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 20-24404

DEBTOR(S)

CHRISTOPHER PROCTOR

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2021, the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on April 23, 2021, I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13) as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:<br>CHRISTOPHER PROCTOR<br><br>Debtor | CASE NO: 20-24404<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on November 24, 2020, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before May 21, 2021, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before May 21, 2021, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 04/21/2021

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

Note: The following claims have Step Payments:
Claim No. 2 TITLEMAX OF UTAH, INC. D/B/A TITLEMAX

| | | |
|---|---|---|
| 08/01/2020 | 07/31/2021 | $30.00 |
| 08/01/2021 | 08/31/9999 | $57.00 |

| Claim No. | Creditor Name | Claim Description | Claim Amount | Collateral Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 4 | **INTERMOUNTAIN HEALTH CARE** | UNSECURED LATE FILED CLAIM | $0.00 | $0.00 | Pro Rata | 0.00 |
|   | **JUSTIN O. BURTON** | ATTORNEY FEE | $3,250.00 | $0.00 | Pro Rata | 0.00 |
| 2 | **TITLEMAX OF UTAH, INC. D/B/A TIT** | VEHICLE SECD (PERMO level 17 2014 HARLEY DAVIDSON/PV=  | $3,774.54 | $3,774.54 | $30.00 | 5.00 |
| 1 | **UNIVERSITY OF UTAH HEALTH** | UNSECURED HEALTHCARE SERVICES | $3,238.36 | $0.00 | Pro Rata | 0.00 |
| 3 | **Utah Transit Authority** | UNSECURED VEHICULAR ACCIDENT WITH | $40,887.96 | $0.00 | Pro Rata | 0.00 |

United States Bankruptcy Court
District of Utah

In re:  
CHRISTOPHER PROCTOR  
      Debtor

Case No. 20-24404  
Chapter 13

## CERTIFICATE OF SERVICE

District/off: 1088-c      User: 563      Page 1 of 2      Date Rcvd: Apr 22, 2021  
                        Form ID: TROC     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Apr 23, 2021.

```
db        CHRISTOPHER PROCTOR,    1900 WEST NORTH TEMPLE #128,    SALT LAKE CITY, UT 84116-4904
1         ALDOUS AND ASSOCIATES, PLLC,    ATTN: BANKRUPTCY,    PO BOX 171374,    HOLLADAY, UT 84117-1374
2         ASPIRE AUTO,    847 WEST NOTHPOINTE CIRCLE,    NORTH SALT LAKE, UT 84054-2925
3         CHARTWAY FEDERAL CREDIT UNION,    ATTN: BANKRUPTCY,    5700 CLEVELAND STREET,
           VIRGINIA BEACH, VA 23462-1752
4         EXETER FINANCE LLC,    ATTN: BANKRUPTCY,    PO BOX 166008,    IRVING, TX 75016-6008
5         EXETER FINANCE LLC DEPARTMENT,    AIS PORTFOLIO SERVICES LP,    4515 N SANTA FE AVE DEPT APS,
           OKLAHOMA CITY OK 73118-7901
6         FIRST PREMIER BANK,    PO BOX 5524,    SIOUX FALLS, SD 57117-5524
7         GOLD CROSS AMBULANCE,    PO BOX 27768,    SALT LAKE CITY, UT 84127-0768
8         INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY, UT 84127-0808
9         INTERMOUNTAIN MEDICAL CENTER,    5121 SOUTH COTTONWOOD STREET,    MURRAY, UT 84107-5701
10        JUSTIN O. BURTON,    RULON T. BURTON & ASSOC.,    448 E WINCHESTER ST SUITE 175,
           MURRAY, UT 84107-8503
11        LES SCHWAB TIRE,    ATTN: BANKRUPTCY,    PO BOX 5350,    BEND, OR 97708-5350
12        MOUNTAIN WEST MEDICAL CENTER,    2055 NORTH MAIN STREET,    TOOELE, UT 84074-9819
13        R C WILLEY FINANCIAL SERVICES,    PO BOX 65320,    SLC, UT 84165-0320
14        SAFECO INSURANCE,    C/O CAINE & WEINER,    5805 SEPULVEDA BLVD,    SHERMAN OAKS, CA 91411-2546
15        SYNCHRONY BANK/HH GREGG,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 965060,    ORLANDO, FL 32896-5060
16        TITLEMAX OF UTAH,    1108 EAST 3300 SOUTH,    SALT LAKE CITY, UT 84106-2598
17        TITLEMAX OF UTAH, INC.,    15 BULL STREET, SUITE 200,    SAVANNAH, GA 31401-2686
18        UNIFIED FIRE AUTHORITY,    PO BOX 27768,    SALT LAKE CITY, UT 84127-0768
19        UNIVERSITY HEALTH CARE,    127 SOUTH 500 EAST, STE 420,    SALT LAKE CITY, UT 84102-1979
20        UTAH TRANSIT AUTHORITY,    250 SOUTH 600 WEST,    SALT LAKE CITY, UT 84101-1010
21        VASA FITNESS CORPORATE OFFICE,    3491 WEST 3500 SOUTH,    WEST VALLEY CITY, UT 84119-2537
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.  
NONE.                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Apr 23, 2021**                            **Signature:** *Joseph Speetjens*

```
District/off: 1088-c            User: 563                   Page 2 of 2                 Date Rcvd: Apr 22, 2021
                                Form ID: TROC               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2021 at the address(es) listed below:
```
nef             LON JENKINS TR
nef             UNITED STATES TRUSTEE
                                                                                                  TOTAL: 2
```