Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br>CHRISTOPHER PROCTOR<br><br>Debtor | CASE NO: 20-24404<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |

**CHAPTER 13 TRUSTEE'S OBJECTION TO
CLAIM NO. 3 OF Utah Transit Authority**

Pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007, Lon A. Jenkins, Standing Chapter 13 Trustee, ("Trustee") hereby objects to Claim No. 3 (hereinafter the "Claim") of Utah Transit Authority (hereinafter the "Creditor").  In support of his objection, the Trustee states as follows:

1. The Debtor filed a Chapter 13 petition on July 21, 2020, and the Court confirmed the Debtor's plan on November 24, 2020.

2. As set forth in the attached exhibit, the Creditor has represented to the Trustee that it no longer asserts a claim against the bankruptcy estate.

3. At this time, the Trustee does not object to the Creditor's retention of any prior disbursements made by the Trustee on this Claim.

      WHEREFORE, the Trustee moves the Court for an order reducing the Creditor's Claim to $0.00 and authorizing the Trustee to not make any further disbursements on this Claim, effective as of the date of the attached exhibit.

Dated: 10/6/2022

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Objection to Claim was served upon all persons entitled to receive notice in this case via ECF notification or by First Class U.S. Mail to the following parties on October 06, 2022:

CHRISTOPHER PROCTOR, PO BOX 520009, SALT LAKE CITY, UT  84152-0009

JUSTIN O. BURTON, ECF Notification

Utah Attorney General, 160 E 300 S, Salt Lake City, UT   84114

UTA Attention Claims Recovery, 669 W 200 S, Salt Lake City, UT 84101

/s/ Michelle Moses

Michelle Moses

| | |
|---|---|
| From: | Utah trusteemail |
| Sent: | Thursday, October 6, 2022 9:32 AM |
| To: | Michelle Moses |
| Subject: | FW: 20-24404 Proctor, Chris acnt 8958/4720 ; UTA recovery file #gl-44720 |
| Attachments: | PDR to PGR for PD limits ; gl-44720.pdf |

Importance:    High

From: Moody, Lynnette (Recovery Adjuster) <LMoody@rideuta.com>
Sent: Thursday, September 29, 2022 11:43 AM
To: Utah trusteemail <utahtrusteemail@ch13ut.org>
Subject: Proctor, Chris acnt 8958/4720 ; UTA recovery file #gl-44720
Importance: High

Dear Law Office,

UTA recently received check #793472 for $16.86 regarding Christopher Proctor, your case #2024404.

Attached is a Property Damage Release UTA authorized on January 25th, 2021 in conjunction with Insurance Claim # 19-1700309.
Please respond in kind with applicable bankruptcy judgement ruling(s) indicating Mr. Proctor's debt to Utah Transit Authority is ordered by the court &/or agreed upon by Mr. Proctor &/or his representatives.

Thank you for your assistance with this matter.
Respectfully,


Lynnette Moody
*Recovery Adjuster*
Risk Management
Utah Transit Authority
801.287.4616 (Phone)
801.287.4520 (Fax)
lmoody@rideuta.com

669 W. 200 South
Salt Lake City, UT 84101
www.rideuta.com



This intended exclusively for the individual or entity to which it is addressed, if you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, if you have received this message in error, please notify the sender immediately by e-mail and delete &/or destroy all copies of his message.

1

# FULL RELEASE OF ALL CLAIMS
(Property Damage - Claimant)

Claim Number: 19-1700309
Date: 12/13/19

**KNOW BY ALL THESE PRESENTS**, that I (we), UTA for and in consideration of the sum of fifteen thousand Dollars ($15,000.00), the receipt whereof is hereby acknowledged, do hereby for myself (ourselves), my (our) heirs, executors, administrators, successors and assigns and any and all other persons, firms, employers, corporations, associations, or partnerships release, acquit and forever discharge Tiffany Hards and Christopher Proctor, (his/her/their) agents, employees, principals, employers, insurers, heirs, executors, administrators, insurers, successors and assigns of and from any and all claims, actions, causes of actions, demands, rights, damages, costs, storage costs, loss of use or opportunity, property damage, expenses, accrued or unaccrued claims, other known and unknown damages relating to property damaged or destroyed, which heretofore have or which hereafter may be sustained by me in consequence of any claim that may occur, may have occurred, or would ever be alleged to have occurred in the automobile collision on or about 1/2/19 at or near 800 S 200 W, Salt Lake City, UT.

It is understood and agreed that this settlement is in full compromise of a disputed claim as to both questions of liability and as to the nature and extent of the property damage, as well as other alleged damages and that neither this release nor the payments pursuant thereto shall be construed as an admission of liability, such being denied.

It is further understood and agreed that the undersigned relies wholly upon the undersigned's judgment, belief and knowledge of the nature, extent, effect and duration of said damages, claims causes of action and liability therefore and is made without reliance upon any statement or representation of the party or parties hereby released or their representatives.

The undersigned expressly warrant(s) that no other person or entity has asserted or is able to assert any lien, claim or entitlement to any portion of the consideration recited above which has not been satisfied, or will not be satisfied immediately out of the above recited consideration being paid for this Release.

This Release contains the entire agreement between the parties hereto and the terms of the same are contractual and not a mere recital.

**I (WE) HAVE READ THIS AGREEMENT AND RELEASE AND UNDERSTAND IT.**

Lynnette Moody, Recovery Adjuster    /s/ Moody    01/19/2021
Printed Name                          Signature              Date

Dave Pitcher                          [signature]    1/25/21
Printed Name                          Signature              Date

UT PD (2010)

1