Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| IN RE:<br>CHRISTOPHER PROCTOR<br><br>Debtor | CASE NO: 20-24404<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

### NOTICE OF TRUSTEE'S OBJECTION TO
### CLAIM NO. 3 OF Utah Transit Authority AND
### NOTICE OF OPPORTUNITY FOR HEARING

**Objection Deadline: November 08, 2022**
**Hearing Date: November 16, 2022 at 10:00 AM**

PLEASE TAKE NOTICE that Lon A. Jenkins, the Chapter 13 Trustee ("Trustee") has filed with the United States Bankruptcy Court for the District of Utah ("Bankruptcy Court"), CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM NO. 3 OF Utah Transit Authority (the "Objection").

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Trustee moves the Court for an order for reducing the Creditor's Claim to $0.00 and authorizing the Trustee to not make any further disbursements on this Claim.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Objection then you or your attorney must do the following:

(1) on or before **November 08, 2022**, file with the Bankruptcy Court a written response to the Objection, explaining your position, at:

U.S. Bankruptcy Court
350 South Main St., Room 301
Salt Lake City, UT  84101

If you mail your response to the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it on or before the objection deadline stated above.

(2) attend a hearing which is set for **November 16, 2022 at 10:00 AM**, **Dial: (636) 651-3182 Ten Min before hearing, Access Code:3834658#**.  **There will be no further notice of the hearing** and failure t attend the hearing will be deemed a waiver of your response to the Objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting the relief sought.

In the absence of a timely filed response, the undersigned counsel may and will ask the Court to enter an order granting the Objection without a hearing.

Dated: 10/6/2022

LAJ /S/
LON A. JENKINS,  CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Notice of Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by First Class U.S. Mail to the following parties on October 06, 2022:

CHRISTOPHER PROCTOR, PO BOX 520009,SALT LAKE CITY, UT  84152-0009

JUSTIN O. BURTON, ECF Notification

Utah Attorney General, 160 E 300 S, Salt Lake City, UT   84114

UTA Attention Claims Recovery, 669 W 200 S, Salt Lake City, UT 84101

/s/ Michelle Moses