Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE CHAPTER 13 TRUSTEE
465 South 400, Suite 200
Salt Lake City, Utah 84111
Telephone:  (801) 596-2884
Facsimile:  (801) 596-2898
Email:  utahtrusteemail@ch13ut.org

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>CHRISTOPHER PROCTOR<br><br>Debtor. | Case No. 20-24404<br>Chapter 13<br>Hon. Joel T. Marker |

**NOTICE AND OPPORTUNITY OF HEARING ON TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN TO INCREASE RETURN TO NONPRIORITY UNSECURED CREDITORS**

**Objection Deadline:  November 9, 2022**
**Hearing Date:  November 30, 2022 at 9:30 a.m.**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Modify Confirmed Plan to increase return to nonpriority unsecured creditors.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Chapter 13 Trustee's Motion seeks an order from the Court to increase the return to unsecured creditors to 100%.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief sought in the motion, then:

(1) on or before **November 9, 2022**, file with the Bankruptcy Court a written Objection, explaining your position, at:

> U.S. Bankruptcy Court
> 350 South Main St., Room 301
> Salt Lake City, UT  84101

If you mail your response to the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it on or before the objection deadline stated above.  You must also mail a copy to:

> Lon A. Jenkins, Chapter 13 Trustee
> 465 South 400 East, Suite 200
> Salt Lake City, UT  84111

(2) attend a hearing which is set for **November 30, 2022 at 9:30 a.m.**, **Dial: (636) 651-3182 Ten Min Before Hrg, Access Code: 3834658#.   There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without a hearing.

DATED: October 6, 2022.


/s/ Tami Gadd
Tami Gadd
**Attorney for Chapter 13 Trustee**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing paper was served on the following person on

October 6, 2022

LON A. JENKINS - Chapter 13 Trustee

JUSTIN O. BURTON – Attorney for the Debtor
ECF Notification

UNITED STATES TRUSTEE
ECF Notification

CHRISTOPHER PROCTOR
PO BOX 520009
SALT LAKE CITY, UT 84152-0009

CREDITOR MAILING MATRIX ATTACHED


 /s/      Michelle Moses_____
Office of the Chapter 13 Trustee

```
Label Matrix for local noticing          Aldous and Associates, PLLC          Aspire Auto
1088-2                                    Attn: Bankruptcy                     847 West Nothpointe Circle
Case 20-24404                             PO Box 171374                        North Salt Lake, UT 84054-2925
District of Utah                          Holladay, UT 84117-1374
Salt Lake City
Thu Oct  6 10:18:58 MDT 2022

Justin O. Burton                          Chartway Federal Credit Union        Exeter Finance LLC
Rulon T. Burton & Assoc.                  Attn: Bankruptcy                     Attn: Bankruptcy
448 E Winchester St Suite 175             5700 Cleveland Street                PO Box 166008
Murray, UT 84107-8503                     Virginia Beach, VA 23462-1752        Irving, TX 75016-6008

Exeter Finance LLC Department             First Premier Bank                   Gold Cross Ambulance
AIS Portfolio Services LP                 PO Box 5524                          PO Box 27768
4515 N Santa Fe Ave Dept APS             Sioux Falls, SD 57117-5524           Salt Lake City, UT 84127-0768
Oklahoma City OK 73118-7901

Intermountain Healthcare                  Intermountain Medical Center         Lon Jenkins tr
PO Box 27808                              5121 South Cottonwood Street         Ch. 13 Trustee's Office
Salt Lake City, UT 84127-0808            Murray, UT 84107-5701                465 South 400 East
                                                                              Suite 200
                                                                              Salt Lake City, UT 84111-3345

Les Schwab Tire                           Mountain West Medical Center         Christopher Proctor
Attn: Bankruptcy                          2055 North Main Street               PO Box 520009
PO Box 5350                               Tooele, UT 84074-9819                Salt Lake City, UT 84152-0009
Bend, OR 97708-5350

(p)RC WILLEY HOME FURNISHINGS  INC        Safeco Insurance                     Synchrony Bank/HH Gregg
ATTN ATTN BANKRUPTCY DEPARTMENT           c/o Caine & Weiner                   Attn: Bankruptcy Department
PO BOX 65320                              5805 Sepulveda Blvd                  PO Box 965060
SALT LAKE CITY UT 84165-0320             Sherman Oaks, CA 91411-2546          Orlando, FL 32896-5060

TitleMax of Utah                          TitleMax of Utah, Inc.               Unified Fire Authority
1108 East 3300 South                      15 Bull Street, Suite 200            PO Box 27768
Salt Lake City, UT 84106-2598            Savannah, GA 31401-2686              Salt Lake City, UT 84127-0768

United States Trustee                     University Health Care               Utah Transit Authority
Washington Federal Bank Bldg.             127 South 500 East, Ste 420          250 South 600 West
405 South Main Street                     Salt Lake City, UT 84102-1979        Salt Lake City, UT 84101-1010
Suite 300
Salt Lake City, UT 84111-3402

Vasa Fitness Corporate Office
3491 West 3500 South
West Valley City, UT 84119-2537
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

R C Willey Financial Services
PO Box 65320
SLC, UT 84165-0320

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24